JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
     E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
     E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
     E-mail: mchaney@johnsonpham.com
Hung Q. Pham, SBN: 276613
     E-mail: ppham@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:  (818) 888-7540
Facsimile:   (818) 888-7544

Attorneys for Plaintiff
BEATS ELECTRONICS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATS ELECTRONICS, LLC, a Delaware Limited Liability Company, <br><br> Beats, <br><br> v. <br><br> BRENT WRIGHT, an Individual, and DOES 1-10, Inclusive, <br><br> Defendants. | Case No. CV14 4035 BRO-ASx <br><br> **COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF:** <br><br> **(1) FEDERAL TRADEMARK INFRINGEMENT [15 U.S.C. § 1114/*Lanham Act* § 43(a)]** <br> **(2) FALSE DESIGNATION OF ORIGIN/UNFAIR COMPETITION/FALSE OR MISLEADING ADVERTISING [15 U.S.C. § 1125(a)];** <br> **(3) TRADEMARK DILUTION [15 U.S.C. § 1125(c)];** <br> **(4) UNFAIR BUSINESS PRACTICES [*CALIFORNIA BUSINESS & PROFESSIONS** |

*CODE* §17200];
(5) DECLARATORY RELIEF.

[DEMAND FOR JURY TRIAL]

COMES NOW, BEATS ELECTRONICS, LLC, a Delaware Limited Liability Company, (hereinafter "Beats" and/or "Plaintiff"), hereby allege as follows:

## PARTIES

1.     Beats, is now, and was at the time of the filing of this Complaint and at all intervening times, a Delaware Limited Liability Company, duly authorized and licensed to conduct business in the State of Delaware, with its principal place of business in Culver City, California.

2.     Beats alleges, on information and belief, that Defendant BRENT WRIGHT, (hereinafter "Defendant") is now, and was at the time of the filing of this Complaint, an individual residing at Valparaiso, Indiana.

3.     Defendant conducts business in the jurisdiction of the United States District Court for the Central District of California by offering counterfeits goods for sale in Los Angeles, California, that infringe on the registered trademarks of Beats.

4.     The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants herein named as DOES 1-10, inclusive, are unknown to Beats. Beats therefore sues said Defendants by such fictitious names. When the true names and capacities of said Defendants have been ascertained, Beats will amend this pleading accordingly.

5.     Beats further alleges that Defendant, and DOES 1-10, inclusive, sued herein by fictitious names are jointly, severally and concurrently liable and responsible with the named Defendant upon the causes of action hereinafter set forth.

6.     Beats is informed and believes and thereon allege that at all times mentioned herein Defendant, and DOES 1-10, inclusive, and each of them, were the agents, servants and employees of every other Defendant and the acts of each defendant, as alleged herein, were performed within the course and scope of that agency, service or employment.

7.     Beats further alleges that Defendant, and DOES 1-10, inclusive, sued herein by fictitious names, are jointly, severally and concurrently liable and responsible with the named Defendants upon the causes of action hereinafter set forth and shall henceforth be referred to collectively as "Defendants."

## JURISDICTION/VENUE

8.     This Court has jurisdiction over the subject matter of the First and Second Causes of Action (violation of the *Lanham Act*) pursuant to 15 U.S.C. § 1121 and/or 28 U.S.C. §§ 1331 and/or 1338(a).

9.     This Court has personal jurisdiction over Defendants since Defendants have committed acts of trademark infringement and unfair competition in this district and/or Defendants have sufficient minimum contacts with this district to such that the exercise of jurisdiction over Defendants by this Court does not offend traditional notions of fair play and substantial justice. Among other things, Defendants have advertised, offered to sell and has sold products that infringe the trademarks of Beats to consumers within this judicial district.     Defendants have also offered to sell and actually sold counterfeit products (described more fully below) using an interactive Internet website and knowing or having reason to know that consumers throughout the United States, including within this judicial district, would purchase said counterfeit goods from Defendants, believing that they were authentic goods manufactured and distributed by Beats or its authorized manufacturers.

10.   Additionally, supplemental jurisdiction exists over Defendants because, on information and belief, Defendants conduct business in California and

1  in this judicial district, and have purposefully directed action to California and this

2  district, or have otherwise availed themselves of the privileges and protections of

3  the laws of the State of California, such that this Court's assertion of jurisdiction

4  over Defendants does not offend traditional notions of fair play and due process.

5    11.   Venue is proper in this district, *inter alia*, pursuant to 28 U.S.C. §

6  1391(b) because, on information and belief, a substantial part of the events or

7  omissions giving rise to these claims occurred in this judicial district, and has

8  caused damages to Beats in this district.  The counterfeit Beats' Products were

9  purchased from California and Defendants purposefully shipped these counterfeit

10 products into California.  Moreover, the counterfeit Beats' Products were paid

11 with funds from a financial institution in California, and the transaction was

12 processed through PayPal, Inc. located in California.  Defendants' actions within

13 this district directly interfere with and damage Beats' commercial efforts and

14 endeavors and harms Beats' goodwill within this Venue.

15                          **GENERAL ALLEGATIONS**

16    12.   This action has been filed by Beats to combat online counterfeiters

17 who trade upon Beats' reputation and goodwill by selling and/or offering for sale

18 unlicensed counterfeit products bearing Beats' trademarks (the "Counterfeit Beats

19 Products").

20    13.   Beats is well-known throughout the United States and elsewhere as a

21 source of premium quality headphones, earphones, cables and speakers, among

22 other sound transmission products and accessories and audio software

23 (collectively, the "Beats Products").  Beats Products are distributed and sold to

24 consumers through authorized retailers throughout the United States and globally,

25 including Apple, Target, Best Buy, ABT Electronics, Radio Shack and Wal-Mart

26 stores across the country and in California.  In addition, Beats Products are sold

27 online at the official beatsbydre.com website, as well as official websites for the

28 previously mentioned authorized retailers.

14.   Beats has continuously sold transmission products under the federally registered Beats trademarks since being co-founded by rap/hip-hop mogul Andre "Dr. Dre" Young and music producer Jimmy Iovine in 2006.

15.   In addition to common law trademark rights, Beats hold registrations for its trademarks, including the iconic "b" logo and stylized variations thereof in many countries around the world, including with the United States Patent and Trademark Office (collectively, "the BEATS Trademarks," a non-exclusive list of which is included below).

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 3,514,282 |  | FOR: AUDIO EQUIPMENT, NAMELY, HEADPHONES IN CLASS 009. |
| 4,060,781 |  | FOR: AUDIO SPEAKERS; LOUDSPEAKERS IN CLASS 009. |
| 3,881,677 |  | FOR: HEADPHONES IN CLASS 009. |
| 3,862,142 | BEATS | FOR: HEAPHONES IN CLASS 009. |
| 4,314,931 | BEATS PILL | FOR: AUDIO SPEAKERS; LOUDSPEAKERS IN CLASS 009. |
| 4,314,920 | BEATS EXECUTIVE | FOR: HEADPHONES IN CLASS 009. |
| 4,176,105 | BEATS BY DR. DRE | FOR: MEDIA PLAYERS FOR AUTOMOBILES; |

| | | |
|---|---|---|
| | | DVD PLAYERS FOR AUTOMOBILESL CD PLAYERS FOR AUTOMOBILES; DIGITAL AUDIO PLAYERS FOR AUTOMOBILES; AUDIO SPEAKERS; CAR AUDIO SPEAKERS; LOUDSPEAKERS; LOUDSPEAKER CABINETS; HORNS FOR LOUDSPEAKERS; HEADPHONES; PERSONAL HEADPHONES FOR USE WITH SOUND TRANSMITTING SYSTEMS; MEDIA PLAYERS FOR AUTOMOBILES IN CLASS 009. FOR: T-SHIRTS IN CLASS 025. |
| 4,035,777 | BEATS | FOR: AUDIO SPEAKERS; LOUDSPEAKERS IN CLASS 009. |
| 4,355,601 | POWERBEATS BY DR. DRE | FOR: HEADSETS FOR MOBILE PHONES; HEADPHONES, PERSONAL HEADPHONES FO RUSE WITH SOUND TRANSMITTING SYSTEMS IN CLASS 009. |
| 4,314,930 | URBEATS | FOR: HEADPHONES IN CLASS 009. |
| 4,314,478 | BEATS STUDIO | FOR: HEADPHONES IN CLASS 009. |
| 4,177,191 | BEATS PRO | FOR: HEADPHONES; PERSONAL |

6

**COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF**

| | | HEADPHONES FOR USE WITH SOUND TRANSMITTING SYSTEMS IN CLASS 009. |
|---|---|---|
| 3,177,979 | BEAT BOX | FOR: COMPUTER SOFTWARE FOR SEARCHING AND RETRIEVING INFORMATION, SITES AND OTHER RESOURCES ON COMPUTER NETWORKS; COMPUTER SOFTWARE FOR SENDING STREAMING MEDIA OVER A COMPUTER NETWORK; DIGITAL JUKE BOX INCLUDING COMPUOTER HARDWARE AND SOFTWARE FOR DISTRIBUTING, SELECTING AND PLAYING AUDIO AND VIDEO MUSICAL INFORMATION; PRERECORDED MUSICAL SOUND RECORDINGS IN CLASS 009. |

16. The BEATS Trademarks have been used exclusively and continuously by Beats, some since at least as early as 2006. True and correct copies of the above-referenced United States Trademark Registrations are attached hereto as **Exhibit A.** These registrations are valid and subsisting, and many are incontestable pursuant to 15 U.S.C. § 1065.

///

17. Beats has built substantial goodwill in the BEATS trademarks. The BEATS Trademarks are famous and valuable assets of Beats.

18. The BEATS Trademarks are exclusive to Beats, and are displayed extensively on Beats Products and in Beats' marketing and promotional materials. Beats Products are among the most popular headphones and speakers in the United States and the world and have been extensively promoted and advertised at great expense. In fact, Beats and its authorized retailers and partners have expended tens of millions of dollars annually on advertising, promoting and marketing featuring the BEATS Trademarks. Beats Products have also been the subject of extensive unsolicited publicity resulting from their high-quality, innovative designs and renown as desired luxury items. Because of these and other factors, the Beats name and the BEATS Trademarks have become famous throughout the United States and world.

19. The BEATS Trademarks are distinctive when applied to the Beats Products, signifying to the purchaser that the products come from Beats and are manufactured to Beats' quality standards. Whether Beats manufactures the products itself or licenses others to do so, Beats has ensured that products bearing its trademarks are manufactured to the highest quality standards. The BEATS Trademarks have achieved tremendous fame and recognition, which has only added to the inherent distinctiveness of the marks. As such, the goodwill associated with the BEATS Trademarks is of incalculable and inestimable value to Beats.

20. Musicians and DJs including will.i.am, Lil Wayne, Lady Gaga, Nicki Minaj, David Guetta, Justin Bieber, and P.Diddy have all endorsed different Beats products or have been associated with the brand. Professional athletes from LeBron James to Serena Williams to Cam Newton are often seen using Beats Products while warming up, sitting in locker rooms, and preparing for competition. According to ESPN The Magazine, Beats Products are an athlete's

must-have accessory.   The Beats brand has also become a favorite among internationally known celebrities, many of whom have been photographed wearing Beats Products, including Miley Cyrus, Eminem, Chris Rock, 2 Chainz, Zedd, Matt Kemp, Zendaya, Kendrick Lamar, and Ellie Goulding.   As a result of solicited celebrity endorsement coupled with the unsolicited popularity of the Beats brand among celebrities and others, the red "b" ⓑ logo has become iconic, making Beats Products, particularly Beats headphones, a status symbol and a must-have product for millions of young people.

21.   Beats' savvy marketing and innovative headphone designs and cutting-edge sound have led to unprecedented growth in the headphone industry. A mere four years ago, $59 million worth of premium headphones (those priced $99 and up) were sold in North America.   In 2012, sales ballooned to $850 million, and nearly two out of three pairs of headphones carried Beats' authorized iconic "b" logo.

22.   Online sales through Beats' website and its authorized online retailers are significant.   Beats has operated a website at beatsbydre.com since it was founded in 2006 and has promoted and sold genuine Beats Products through the e-commerce site since at least 2012.   The beatsbydre.com website features proprietary content, images and designs exclusive to the Beats brand.   Beats' official beatsbydre.com website is extraordinarily successful, with annual ecommerce sales totaling in the millions of dollars.

23.   Beats' innovative marketing, product designs and leading sound profile have enabled Beats to achieve widespread recognition and fame, and have made the BEATS Trademarks some of the most well-known marks in the headphone, speaker and sound transmission industry.   The widespread fame, outstanding reputation, and significant goodwill associated with the Beats brand have made the BEATS Trademarks invaluable assets of Beats.

/ / /

## DEFENDANT'S WRONGFUL CONDUCT

24.   The overwhelming success of the Beats brand has resulted in its significant counterfeiting.   Consequently, Beats has a worldwide anti-counterfeiting program and regularly investigates suspicious websites and online marketplace listings identified in proactive Internet sweeps and reported by consumers.   Despite Beats' enforcement efforts online and on the ground, Defendants have persisted in marketing and selling Counterfeit Beats Products, which generate massive profits.

25.   At any given time, there are millions of items listed on the Internet auction website "eBay," for bid or purchase by its more than one million registered users.   Buyers have the option to purchase items in an auction-style format where users bid on products or items can be purchased at a fixed price through a feature referred to as "Buy It Now."   Using another eBay feature referred to as "Feedback," users who have made a purchase on eBay are given the opportunity to post positive, neutral or negative reviews in relation to their buying experience.   While feedback can give some indication of sales volume, empirical evidence shows that actual sales far exceed the number of feedback entries a seller receives.

26.   Beginning on a date that is currently unknown to Beats and continuing to the present, Defendant has, without the consent of Beats, offered to sell and sold within the United states (including within this judicial district) goods that were neither made by Beats nor by a manufacturer authorized by Beats (such goods are hereafter referred to as "Counterfeit Beats Products") using reproductions, counterfeits, copies and/or colorable imitations of one or more of the BEATS Trademarks.   On information and belief, Beats further alleges that Defendant imported said Counterfeit Beats Products into the United States, or encouraged others to import said Counterfeit Beats Products into the United States, for the purpose of reselling the Counterfeit Beats Products in the United

1 States.

2     27.   Defendant maintains and operates a storefront on eBay under the
3 username "customledlights." Through this storefront, Defendant regularly and
4 systematically advertised, marketed, distributed, offered for sale, and sold
5 products bearing unauthorized Counterfeit Beats Products bearing the BEATS
6 Trademarks.

7     28.   Through such business activities, Defendant purposely derived
8 benefit from his interstate commerce activities by expressly targeting foreseeable
9 purchasers in the State of California. But for Defendant's advertising, soliciting
10 and selling of counterfeit products bearing the BEATS Trademarks in California,
11 Beats would not have been able to make a purchase of the subject product.

12     29.   On January 30, 2014, in its ongoing investigation of counterfeit sales
13 of Counterfeit Beats Products, from the State of California, Beats purchased a
14 "Factory Sealed Genuine Beats by Dr Dre Solo HD Monster Pink Headband
15 Headphones" (Item #: 191054550671) from Defendant, eBay username
16 "customledlights," for a cost of $129.99, which was paid via the PayPal electronic
17 payment account of Beats. A true and correct copy of the website purchase
18 receipt for the counterfeit item is attached hereto as **Exhibit B.**

19     30.   The product purchased from Defendant was inspected by Beats to
20 determine authenticity. Beats' inspection of the purchased item using security
21 measures confirmed that the item Defendant sold was in fact a counterfeit
22 "Factory Sealed Genuine Beats by Dr Dre Solo HD Monster Pink Headband
23 Headphones."

24     31.   Defendant willfully uses images and names confusingly similar or
25 identical to the BEATS Trademarks to confuse consumers and aid in the
26 promotion and sales of its unauthorized and counterfeit product. Defendant's
27 willful use of the BEATS Trademarks include importing, advertising, displaying,
28 distributing, selling and/or offering to sell unauthorized copies of Beats "Factory

1   Sealed Genuine Beats by Dr Dre Solo HD Monster Pink Headband Headphones."
2   Defendant's use of the BEATS Trademarks began long after Beats' adoption and
3   use of its trademarks, and after Beats obtained the trademark registrations alleged
4   above.  Neither Beats nor any authorized agents have consented to Defendant's
5   use of the BEATS Trademarks.

6        32.   Defendant's actions has confused and deceived, or threatened to
7   confuse and deceive, the consuming public concerning the source and sponsorship
8   of the counterfeit "Factory Sealed Genuine Beats by Dr Dre Solo HD Monster
9   Pink Headband Headphones" sold and distributed by Defendant.  By his wrongful
10  conduct, Defendant has traded upon and diminished Beats' goodwill.
11  Furthermore, the sale and distribution of counterfeit goods by Defendant has
12  infringed upon the BEATS Trademarks.

13       33.   Defendant's offering to sell, selling, importing and encouraging
14  others to import Counterfeit Beats Products in this manner was and is likely to
15  cause confusion or mistake and/or to deceive consumers who purchase the
16  Counterfeit Beats Products.

17       34.   Defendant also offered to sell, sold, imported, and/or encouraged
18  others to import for the purpose of resale within the United States, Counterfeit
19  Beats Products consisting of reproductions and/or copies of products bearing the
20  BEATS Trademarks.   Defendant's use of the BEATS Trademarks was done
21  without Beats' authorization.

22       35.   Specifically, on information and belief, Defendant has sold
23  significant quantities of Counterfeit Beats Products within California and within
24  this jurisdiction.  Furthermore, Beats is confident that throughout the discovery
25  process, documentary evidence will confirm said allegations.

26       36.   Beats has not authorized or consented to Defendant's use of the
27  BEATS Trademarks, or any confusingly similar marks, colorable imitations, or
28  copied or derivative works by Defendant; nor has Beats authorized Defendant to

1  manufacture, copy, sell, import, market, or distribute any products bearing the

2  BEATS Trademarks.

### FIRST CAUSE OF ACTION

**(Trademark Infringement Against Defendant BRENT WRIGHT, and DOES**

**1-10, Inclusive)**

**[15 U.S.C. § 1114/Lanham Act § 43(a)]**

7  37.  Beats hereby incorporates by reference each of the other allegations

8  set forth elsewhere in this Complaint as though fully set forth in this cause of

9  action.

10  38.  Defendants' actions as described herein constitute direct and/or

11  contributory trademark infringement in violation of 15 U.S.C. § 1114(1)(a).

12  39.  As a proximate result of Defendants' trademark infringement, Beats

13  has been damaged in an amount to be proven at trial.  Further, Beats alleges, on

14  information and belief, that as a proximate result of Defendants' trademark

15  infringement, Defendants have unlawfully profited in an amount to be proven at

16  trial.

17  40.  At all relevant times, Defendants acted intentionally and/or willfully

18  in using BEATS Trademarks on the Counterfeit Beats Products, knowing that the

19  BEATS Trademarks belonged to Beats, that the Counterfeit Beats Products were

20  in fact counterfeit, and that Defendants were not authorized to use the BEATS

21  Trademarks on the Counterfeit Goods.  Beats is therefore entitled to recovery of

22  treble damages pursuant to 15 U.S.C. § 1117(a).  Further, Defendants' knowing,

23  intentional and/or willful actions make this an exceptional case, entitling Beats to

24  an award of reasonable attorney fees pursuant to 15 U.S.C. § 1117(a).

25  41.  Defendants' actions also constitute the use by Defendants of one or

26  more "counterfeit mark" as defined in 15 U.S.C. § 1116(d)(1)(B).  Beats therefore

27  reserves the right to elect, at any time before final judgment is entered in this case,

28  an award of statutory damages pursuant to 15 U.S.C. § 1117(c)(1) and/or (2).

42.   The acts of direct and/or contributory trademark infringement committed by Defendants have caused, and will continue to cause Beats irreparable harm unless they are enjoined by this Court.

## SECOND CAUSE OF ACTION

**(False Designation of Origin, False or Misleading Advertising Against Defendant BRENT WRIGHT, and DOES 1-10, Inclusive)**

**[15 U.S.C. § 1125 (a)/*Lanham Act* § 43(a)]**

43.   Beats hereby incorporate by reference each of the other allegations set forth elsewhere in this Complaint as thought fully set forth in this cause of action.

44.   Beats, as the owner of all common law right, title, and interest in and to the BEATS Trademarks, has standing to maintain an action for false designation of origin and unfair competition under the Federal Trademark Statute, *Lanham Act* section 43(a) (15 U.S.C. § 1125).   The BEATS Trademarks are fanciful, inherently distinctive and/or have acquired distinctiveness.

45.   Defendants have without authorization, on or in connection with its goods and services, used in commerce marks that are confusingly similar to the BEATS Trademarks, and/or has made false designations of origin which are likely to cause confusion or cause mistake or to deceive as to the affiliation, connection or association of Defendants with Beats, and/or as to the origin, sponsorship or approval of Defendants' goods or services or commercial activities.

46.   Defendants' conduct described above violates the *Lanham Act*, and Defendants have unfairly competed with and injured and, unless immediately restrained, will continue to injure Beats, causing damage to Beats in an amount to be determined at trial, and will cause irreparable injury to Beats' goodwill and reputation associated with the value of the BEATS Trademarks.

/ / /

/ / /

47.   On information and belief, the conduct of Defendants has been knowing, deliberate, willful, intended to cause confusion, or to cause mistake or to deceive and in blatant disregard of Beats' rights.

48.   Defendants knew, or by the exercise of reasonable care should have known, that their adoption and commencement of use in commerce and continuing use of marks that are confusingly similar to and constitute a counterfeit reproduction of the BEATS Trademarks would cause confusion, mistake, or deception among purchasers, users and the public.

49.   Defendants' egregious and intentional use and sale of fake, pirated and counterfeit items bearing the BEATS Trademarks unfairly competes with Beats and is likely to cause confusion, mistake, or to deceive, mislead, betray, and defraud consumers to believe that the substandard imitations are genuine Beats' products.

50.   Defendants' continuing and knowing use of the BEATS Trademarks constitutes false designation of origin and unfair competition in violation of Section 43(a) of the *Lanham Act*, 15 U.S.C. § 1125(a), causing Beats to suffer substantial and irreparable injury for which it has no adequate remedy at law.

51.   Defendants' wrongful conduct has permitted or will permit it to make substantial sales and profits on the strength of Beats' marketing, advertising, sales and consumer recognition.   As a direct and proximate result of Defendants' wrongful conduct, as alleged herein, Beats has been and will be deprived of sales of its Beats Products in an amount as yet unknown but to be determined at trial, and has been deprived and will be deprived of the value of the BEATS Trademarks as commercial assets in an amount as yet unknown but to be determined at trial.   Beats seeks damages and an accounting of Defendants' profits, and requests that the Court grant Beats three times that amount in the Court's discretion.

/ / /

1      52.  Based on Defendants' wrongful conduct, Beats is entitled to
2  injunctive relief as well as monetary damages, and other remedies as provided by
3  the *Lanham Act*, including Defendants' profits, treble damages, reasonable
4  attorneys' fees, costs and prejudgment interest.

5  **THIRD CAUSE OF ACTION**

6  **(Dilution Against Defendant BRENT WRIGHT, and DOES 1-10, Inclusive)**

7  **[15 U.S.C. § 1125(c)]**

8      53.  Beats hereby incorporates by reference each of the other allegations
9  set forth elsewhere in this Complaint as though fully set forth in this cause of
10  action.

11      54.  The BEATS Trademarks are distinctive and famous within the
12  meaning of the *Lanham Act*.

13      55.  Upon information and belief, Defendants' unlawful actions began
14  long after the BEATS Trademarks became famous, and Defendants acted
15  knowingly, deliberately and willfully with the intent to trade on Beats' reputation
16  and to dilute the BEATS Trademarks. Defendants' conduct is willful, wanton and
17  egregious.

18      56.  Defendants' intentional sale of fake, pirated and counterfeit items
19  bearing the BEATS Trademarks is likely to cause confusion, mistake, or to
20  deceive, mislead, betray, and defraud consumers to believe that the substandard
21  imitations are genuine products manufactured by Beats.  The actions of
22  Defendants complained of herein have diluted and will continue to dilute the
23  BEATS Trademarks, and are likely to impair the distinctiveness, strength and
24  value of the BEATS Trademarks, and injure the business reputation of Beats and
25  the BEATS Trademarks.

26      57.  Defendants' acts have caused and will continue to cause Beats
27  irreparable harm.  Beats has no adequate remedy at law to compensate it fully for
28  the damages that have been caused and which will continue to be caused by

1  Defendants' unlawful acts, unless they are enjoined by this Court.

2       58. As the acts alleged herein constitute a willful violation of section

3  43(c) of the *Lanham Act*, 15 U.S.C. section 1125(c), Beats is entitled to

4  injunctive relief as well as monetary damages and other remedies provided by 15

5  U.S.C. §§ 1116, 1117, 1118, and 1125(c), including Defendants' profits, treble

6  damages, reasonable attorney's fees, costs and prejudgment interest.

7  **FOURTH CAUSE OF ACTION**

8  **(Unfair Competition Against Defendant BRENT WRIGHT, and DOES 1-10,**

9  **Inclusive)**

10  ***California Bus. & Professions Code* § 17200 *et seq.***

11       59. Beats hereby incorporates by reference each of the other allegations

12  set forth elsewhere in this Complaint as thought fully set forth in this cause of

13  action.

14       60. Defendants' actions described herein constitute unlawful, unfair

15  and/or fraudulent business acts or practices. Defendants' actions thus constitute

16  "unfair competition" pursuant to *California Business & Professions Code* §

17  17200.

18       61. As a proximate result of Defendants' actions, Beats has suffered an

19  injury in fact, including without limitation, damages in an amount to be proven at

20  trial, loss of money or property, and diminution in the value of the BEATS

21  Trademarks.  Beats therefore has standing to assert this claim pursuant to

22  *California Business & Professions Code* §17204.

23       62. Defendants' actions have caused, and will continue to cause Beats to

24  suffer irreparable harm unless enjoined by this Court pursuant to *California*

25  *Business & Professions Code* § 17203.  In addition, Beats requests that the Court

26  order that Defendants disgorge all profits wrongfully obtained as a result of

27  Defendants' unfair competition, and order that Defendants pay restitution to Beats

28  in an amount to be proven at trial.

17
**COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF**

## REQUEST FOR RELIEF

WHEREFORE, Beats hereby respectfully requests the following relief against Defendant BRENT WRIGHT, and DOES 1-10, inclusive, and each of them as follows:

1. For an award of Defendants' profits and Beats' damages in an amount to be proven at trial for trademark infringement under 15 U.S.C. § 1114(a);

2. For an award of Defendants' profits and Beats' damages in an amount to be proven at trial for false designation of origin and unfair competition under 15 U.S.C. § 1125(a);

3. For an award of Defendants' profits and Beats' damages in an amount to be proven at trial for trademark dilution under 15 U.S.C. § 1125(c);

4. In the alternative to actual damages and Defendants' profits for the infringement and counterfeiting of the BEATS Trademarks pursuant to the Lanham Act, for statutory damages pursuant to 15 U.S.C. § 1117(c), which election Beats will make prior to the rendering of final judgment;

5. For restitution in an amount to be proven at trial for unfair, fraudulent and illegal business practices under *Business and Professions Code* § 17200;

6. For an injunction by this Court prohibiting Defendants from engaging or continuing to engage in the unlawful, unfair, or fraudulent business acts or practices described herein, including the advertising and/or dealing in any counterfeit product; the unauthorized use of any mark or other intellectual property right of Beats; acts of trademark infringement or dilution; false designation of origin; unfair competition; and any other act in derogation of Beats' rights;

7. For an order from the Court requiring that Defendants provide complete accountings and for equitable relief, including that Defendants disgorge and return or pay its ill-gotten gains obtained from the illegal

transactions entered into and or pay restitution, including the amount of monies that should have been paid if Defendants complied with their legal obligations, or as equity requires;

8. For an order from the Court that an asset freeze or constructive trust be imposed over all monies and profits in Defendants' possession which rightfully belong to Beats;

9. For damages in an amount to be proven at trial for unjust enrichment;

10. For an award of exemplary or punitive damages in an amount to be determined by the Court;

11. For Beats' reasonable attorney's fees;

12. For all costs of suit; and

13. For such other and further relief as the Court may deem just and equitable.

## DEMAND FOR JURY TRIAL

BEATS ELECTRONICS, LLC respectfully demands a trial by jury in this action.

DATED: May 23, 2014                    JOHNSON & PHAM, LLP


By: _____
Christopher D. Johnson, Esq.
Christopher Q. Pham, Esq.
Marcus F. Chaney, Esq.
Hung Q. Pham, Esq.
Attorneys for Plaintiff
BEATS ELECTRONICS, LLC

# EXHIBIT A

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

New Cert.

Reg. No. 3,514,282

Registered Oct. 7, 2008

OG Date May 12, 2009

## TRADEMARK
## PRINCIPAL REGISTER
## REGISTRATION ASSIGNED



BEATS ELECTRONICS, LLC (CALIFOR-
NIA LIMITED LIABILITY COMPANY)
C/O NIGRO KARLIN SEGAL & FELD-
STEIN, LLP
10100 SANTA MONICA BOULEVARD,
SUITE 1300
LOS ANGELES, CA 90067
THE MARK CONSISTS OF A LOWER
CASE LETTER "B" WITHIN A CIRCLE.

FOR: AUDIO EQUIPMENT, NAMELY,
HEADPHONES, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 7-1-2008; IN COMMERCE
7-1-2008.

SER. NO. 78-903,136, FILED 6-7-2006.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on May 12, 2009.*

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,060,781**

**Registered Nov. 22, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

BEATS ELECTRONICS, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
2220 COLORADO AVENUE
SANTA MONICA, CA 90404

FOR: AUDIO SPEAKERS; LOUDSPEAKERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-7-2010; IN COMMERCE 9-7-2010.

OWNER OF U.S. REG. NO. 3,514,282.

THE MARK CONSISTS OF THE LOWER CASE LETTER "B" IN A CIRCLE.

SN 77-982,572, FILED 7-21-2009.

BENJAMIN OKEKE, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,881,677**
**Registered Nov. 23, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

BEATS ELECTRONICS, LLC (DELAWARE LIMITED LIABILITY COMPANY)
2220 COLORADO AVENUE
SANTA MONICA, CA 90404

FOR: HEADPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-1-2008, IN COMMERCE 7-1-2008.

THE MARK CONSISTS OF THE MARK CONSISTS OF THE LOWER CASE LETTER "B" IN A CIRCLE.

SN 77-980,339, FILED 6-4-2008.

TRACY CROSS, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# BEATS

**Reg. No. 3,862,142**

**Registered Oct. 12, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

BEATS ELECTRONICS, LLC (DELAWARE LIMITED LIABILITY COMPANY)
2220 COLORADO AVENUE
SANTA MONICA, CA 90404

FOR: HEADPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-1-2008; IN COMMERCE 7-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-980,257, FILED 6-3-2008.

TRACY CROSS, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

# BEATS PILL

**Reg. No. 4,314,931**

**Registered Apr. 2, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

BEATS ELECTRONICS, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 CLOVERFIELD BLVD SUITE 5000N
SANTA MONICA, CA 90404

FOR: AUDIO SPEAKERS; LOUDSPEAKERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-16-2012; IN COMMERCE 10-16-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,532,627, 4,035,777, AND OTHERS.

SN 85-978,529, FILED 1-9-2012.

APRIL ROACH, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# BEATS EXECUTIVE

**Reg. No. 4,314,920**
**Registered Apr. 2, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

BEATS ELECTRONICS, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 CLOVERFIELD BLVD SUITE 5000N
SANTA MONICA, CA 90404

FOR: HEADPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-16-2012; IN COMMERCE 10-16-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,532,627, 4,035,777, AND OTHERS.

SN 85-978,133, FILED 3-16-2012.

APRIL ROACH, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

# BEATS BY DR. DRE

**Reg. No. 4,176,105**

**Registered July 17, 2012**

**Int. Cls.: 9 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

BEATS ELECTRONICS, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 CLOVERFIELD BLVD., SUITE 5000N
SANTA MONICA, CA 90404

FOR: MEDIA PLAYERS FOR AUTOMOBILES; DVD PLAYERS FOR AUTOMOBILES; CD PLAYERS FOR AUTOMOBILES; DIGITAL AUDIO PLAYERS FOR AUTOMOBILES; AUDIO SPEAKERS; CAR AUDIO SPEAKERS; LOUDSPEAKERS; LOUDSPEAKER CABINETS; HORNS FOR LOUDSPEAKERS; HEADPHONES; PERSONAL HEADPHONES FOR USE WITH SOUND TRANSMITTING SYSTEMS; MEDIA PLAYERS FOR AUTOMOBILES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-14-2010; IN COMMERCE 10-14-2010.

FOR: T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-5-2011; IN COMMERCE 11-5-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON ERPN CMNTY TM OFC APPLICATION NO. 008370827, FILED 6-17-2009.

OWNER OF U.S. REG. NO. 3,532,627.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES "ANDRE YOUNG" A/K/A "DR. DRE", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SN 77-983,185, FILED 7-21-2009.

BENJAMIN OKEKE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# BEATS

**Reg. No. 4,035,777**
**Registered Oct. 4, 2011**

**Int. Cl.: 9**

**TRADEMARK**
**PRINCIPAL REGISTER**

BEATS ELECTRONICS, LLC (DELAWARE LIMITED LIABILITY COMPANY)
2220 COLORADO AVENUE
SANTA MONICA, CA 90404

FOR: AUDIO SPEAKERS; LOUDSPEAKERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-7-2010; IN COMMERCE 9-7-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-982,434, FILED 6-3-2008.

TRACY CROSS, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

## POWERBEATS BY DR. DRE

**Reg. No. 4,355,601**

**Registered June 18, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

BEATS ELECTRONICS, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 CLOVERFIELD BLVD, SUITE 5000N
SANTA MONICA, CA 90404

FOR: HEADSETS FOR MOBILE PHONES; HEADPHONES, PERSONAL HEADPHONES FOR USE WITH SOUND TRANSMITTING SYSTEMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-2010; IN COMMERCE 9-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "DR. DRE" IN THE MARK IDENTIFIES THE STAGE NAME OF ANDRE YOUNG, A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SN 85-979,075, FILED 8-25-2010.

HELENE LIWINSKI, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# URBEATS

**Reg. No. 4,314,930**
**Registered Apr. 2, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

BEATS ELECTRONICS, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 CLOVERFIELD BLVD, SUITE 5000N
SANTA MONICA, CA 90404

FOR: HEADPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-2011; IN COMMERCE 11-0-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON ERPN CMNTY TM OFC APPLICATION NO.
10258697, FILED 9-12-2011.

OWNER OF U.S. REG. NOS. 3,532,627, 4,035,777, AND OTHERS.

SN 85-978,526, FILED 3-9-2012.

APRIL ROACH, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# BEATS STUDIO

**Reg. No. 4,314,478**
**Registered Apr. 2, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

BEATS ELECTRONICS, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 CLOVERFIELD BLVD, SUITE 5000N
SANTA MONICA, CA 90404

FOR: HEADPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-1-2012; IN COMMERCE 7-1-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,532,627, 4,035,777, AND OTHERS.

SN 85-554,241, FILED 2-27-2012.

APRIL ROACH, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# BEATS PRO

**Reg. No. 4,177,191**
**Registered July 17, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

BEATS ELECTRONICS, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1601 CLOVERFIELD BLVD, SUITE 5000N
SANTA MONICA, CA 90404

FOR: HEADPHONES; PERSONAL HEADPHONES FOR USE WITH SOUND TRANSMITTING SYSTEMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-14-2010; IN COMMERCE 10-14-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,532,627, 3,862,142, AND OTHERS.

SN 85-976,944, FILED 6-8-2010.

LAURIE MAYES, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cls.: 9, 35, 38, 41, and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, 102, 104, and 107

**United States Patent and Trademark Office**

Reg. No. 3,177,979

Registered Nov. 28, 2006

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

# BEAT BOX

HELLENIC INTERACTIVE, INC. (ILLINOIS COR-
PORATION)
2500 NORTH HARLEM AVENUE
ELMWOOD PARK, IL 60707

FOR: COMPUTER SOFTWARE FOR SEARCHING
AND RETRIEVING INFORMATION, SITES AND
OTHER RESOURCES ON COMPUTER NETWORKS;
COMPUTER SOFTWARE FOR SENDING STREAM-
ING MEDIA OVER A COMPUTER NETWORK;DI-
GITAL JUKE BOX INCLUDING COMPUTER
HARDWARE AND SOFTWARE FOR DISTRIBUT-
ING, SELECTING AND PLAYING AUDIO AND
VIDEO MUSICAL INFORMATION; PRERECOR-
DED MUSICAL SOUND RECORDINGS, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-1-2006; IN COMMERCE 9-1-2006.

FOR: PROVIDING ONLINE RETAIL STORE SER-
VICES FEATURING ELECTRONICS AND ENTER-
TAINMENT RELATED PRODUCTS, NAMELY
COMPACT DISCS, FEATURING MUSIC AND DIGI-
TALLY DOWNLOADABLE MUSIC, IN CLASS 35
(U.S. CLS. 100, 101 AND 102).

FIRST USE 9-1-2006; IN COMMERCE 9-1-2006.

FOR: TELECOMMUNICATIONS SERVICES,
NAMELY, PROVIDING TELEPHONE COMMUNI-
CATION SERVICES VIA COMPUTER NETWORKS;
ELECTRONIC TRANSMISSION OF DATA, IMAGES,
AND DOCUMENTS VIA COMPUTER TERMINALS
AND NETWORKS; BROADCASTING SERVICES,
NAMELY RADIO BROADCASTING; ELECTRONIC

MAIL SERVICES; PROVIDING MULTIPLE-USER
ACCESS TO A COMPUTER INFORMATION NET-
WORK; PROVIDING ON-LINE ELECTRONIC BUL-
LETIN BOARDS FOR TRANSMISSION OF
MESSAGES AMONG COMPUTER USERS CON-
CERNING ENTERTAINMENT AND OTHER NEWS
ITEMS; AND PROVIDING ON-LINE CHAT ROOMS
FOR TRANSMISSION OF MESSAGES AMONG
COMPUTER USERS CONCERNING PLAYING
GAMES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 9-1-2006; IN COMMERCE 9-1-2006.

FOR: ENTERTAINMENT SERVICES, NAMELY
PROVIDING A RADIO PROGRAM IN THE FIELDS
OF MUSIC, NEWS, WEATHER, SPORTS AND CUR-
RENT EVENTS VIA A GLOBAL COMPUTER NET-
WORK; PROVIDING ENTERTAINMENT
INFORMATION IN THE FIELD OF MUSIC,
STREAMING MEDIA, AND AUDIO AND DIGITAL
TECHNOLOGY AT OTHER WEBSITES BY MEANS
OF HYPERLINKS, IN CLASS 41 (U.S. CLS. 100, 101
AND 107).

FIRST USE 9-1-2006; IN COMMERCE 9-1-2006.

FOR: COMPUTER SERVICES, NAMELY, PRO-
VIDING SEARCH ENGINES FOR OBTAINING
DATA, NAMELY, VARIOUS NEWS, RADIO, VIDEO
AND OTHER SOURCES AVAILABLE ON A GLO-
BAL COMPUTER NETWORK; COMPUTER SERVI-
CES, NAMELY, DESIGNING, CREATING, AND
MAINTAINING WEB SITES FOR OTHERS; HOST-
ING THE WEBSITES OF OTHERS ON A COMPUTER
SERVER FOR A GLOBAL COMPUTER NETWORK;

TECHNICAL CONSULTATION SERVICES IN THE FIELD OF DESIGNING, CREATING AND MAINTAINING THE WEB SITES OF OTHERS; TECHNICAL CONSULTATION SERVICES IN THE FIELD OF HOSTING THE WEB SITES OF OTHERS TO HELP OTHERS DEVELOP AND MAINTAIN A WEB SITE, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 9-1-2006; IN COMMERCE 9-1-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-475,455, FILED 8-30-2004.

ELIZABETH PIGNATELLO, EXAMINING ATTORNEY

# EXHIBIT B



**PayPal**

| My Account | Send Money | Request Money | Merchant Services | Products & Services |

Overview   Add Money   Withdraw   History   Statements   Resolution Center   Profile

## Transaction Details

Express Checkout Payment Sent (Unique Transaction ID #80570247CW8284303)

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jan 30, 2014 | Payment To Brent Wright | Completed | ... | -$129.99 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jan 30, 2014 | Add Funds from a Bank Account | Completed | Details | $129.67 USD |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Factory Sealed Genuine Beats by Dr Dre Solo HD Monster Pink Headband Headphones Item # 191054500871 | | $129.99 USD |
| | | Amount | $129.99 USD |

Order Description: Shopping Cart
Item Total: $129.99 USD
Sales Tax:
Shipping: $0.00 USD
Seller discount or charges: $0.00 USD

Total amount: -$129.99 USD
Fee amount: $0.00 USD
Net amount: -$129.99 USD
Date: Jan 30, 2014
Time: 16:43:13 PST
Status: Completed

Insurance: $0.00 USD

Shipping Address: ▓▓▓▓▓▓ CA 91364-1416
United States
Confirmed ▓

Payment To: Brent Wright   (The recipient of this payment is Verified)
Seller's ID: customledlights
Seller's Email: customledlights@yahoo.com

Funding Type: PayPal Funds and Instant Transfer
Funding Source: $0.32 USD - PayPal Account
$129.67 USD - J.P. MORGAN CHASE BANK, N.A. Checking (Confirmed) x-2785
Back Up Funding Source: MasterCard Credit Card XXXX-XXXX-XXXX-4844

## Shipment Information

Shipping Status: Shipped
Reference Number: U.S. Postal Service 9405509699939522540401 Learn More

Service Type: Priority Mail® (1-3 days)
Package Size: Medium Flat Rate Box
Mailing Date: Jan 31, 2014
Signature Confirmation: No
Display Postage Value on Label: No
Shipping Insurance: No

Ship From: Brent Wright
▓▓▓▓▓▓▓▓▓▓
Valparaiso, IN ▓▓▓▓
United States

Ship To: ▓▓▓▓▓▓ CA 91364-1416
United States
Confirmed Residential address ▓

Description: Shopping Cart

Need help? If you have problems with an eBay transaction or want help settling a dispute with an eBay seller, go to the eBay Resolution Center. PayPal and eBay strongly recommend that you attempt to resolve issues directly with the seller whenever possible.

[ Return to My Account ]

About Us | Contact Us | Legal Agreements | Privacy | Fees | Site Feedback [+]

Copyright © 1999-2014 PayPal. All rights reserved.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| BEATS ELECTRONICS, LLC, a Delaware Limited Liability Company, | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. **CV14 - 4035 bPO-AS**ₓ |
| BRENT WRIGHT, an Individual; and DOES 1-10, Inclusive, | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brent Wright
446 W. Division Rd.
Valparaiso, IN 46385

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Christopher Q. Pham, Esq.
Christopher D. Johnson, Esq.
Johnson & Pham, LLP
6355 Topanga Canyon Blvd., Ste. 326
Woodland Hills, CA 91367
Tel. (818) 888-7540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAY 2 7 2014

Date: _____



CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

1184



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                          .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                              , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                          ; or

☐ I returned the summons unexecuted because                                              ; or

☐ Other *(specify):*

My fees are $                for travel and $                for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| BEATS ELECTRONICS, LLC, a Delaware Limited Liability Company, | BRENT WRIGHT, an Individual; and DOES 1-10, Inclusive, |

| (b) County of Residence of First Listed Plaintiff  Los Angeles | County of Residence of First Listed Defendant  Indiana |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |

| (c) Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. | Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. |
|---|---|
| JOHNSON & PHAM, LLP<br>6355 Topanga Canyon Blvd, Suite 326, Woodland Hills, California 91367<br>Tel. No.: (818) 888-7540, Fax: (818) 888-7544 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding   ☐ 2. Removed from State Court   ☐ 3. Remanded from Appellate Court   ☐ 4. Reinstated or Reopened   ☐ 5. Transferred from Another District (Specify)   ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Federal Trademark Infringement (15 U.S.C. Section 1114/Lanham Act Section 43(a))

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

CV14-4035

| FOR OFFICE USE ONLY: | Case Number: |
|---|---|

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No | ☐ Los Angeles | Western |
| If "no, " go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| ☐ Yes  ☒ No | A PLAINTIFF? Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT? Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? (Make only one selection per row) | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**C.1. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | Los Angeles County |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court** and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Have any cases been previously filed i**n this court** that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _____   DATE: May 21, 2014

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |